## Commonwealth v. Riddle, Appellant.

Submitted March 11, 1968. Before BELL, C. J., MUS-MANNO, JONES, EAGEN, O'BRIEN and ROBERTS, JJ.

Lee M. Brewster, for appellant.

Harry W. Gent, Jr., District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM, April 16, 1968:
Order affirmed.
Mr. Justice COHEN took no part in the consideration or decision of this case.

## Turkovich, Appellant, v. Turkovich.

Argued March 18, 1968. Before MUSMANNO, JONES, COHEN, EAGEN, O'BRIEN and ROBERTS, JJ.